UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 11-02 |
| Plaintiff, | ) | ND/GA: 1:10-CR-190 ODE |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MYISHA SHAWNETTE COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:        Conspiracy; Scheme to Commit Mail Fraud (Counts 2-31); Aggravated

Identity Theft (3 counts)

Date of Detention Hearing:    January 3, 2011

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)        Defendant is charged by First Superseding Indictment in the Northern District of

DETENTION ORDER                                                                        PAGE 1

01   Georgia, Case No. 1:10-CR-190-ODE, with conspiracy to defraud and obtain money and property

02   from certain financial institutions by means of materially false and fraudulent misrepresentations.

03   Defendant is also charged in Counts 2 through 31 with specific mail fraud schemes, and with

04   three counts of aggravated identity theft.  Defendant was arrested in this District and has waived

05   her right to an identity hearing.  An Order of Transfer has been signed.

06          (2)     Defendant was not interviewed by Pretrial Services.  Her identity information is

07   unknown or unverified.  Defendant's criminal history includes previous forgery charges, with an

08   active and extraditable warrant from Georgia for illegal use of credit cards, giving a false name,

09   address or date of birth, transaction card fraud (5 counts) and forgery 1st degree (3 counts), plus

10   an active warrant for probation violations extraditable in Georgia only.  Defendant does not

11   contest detention in this Court but wishes to have local counsel address the issue in the Northern

12   District of Georgia.

13          (3)     Defendant poses a risk of nonappearance due to unknown background

14   information, association with alias personal identifiers, previous failures to appear,  supervision

15   violations, and two outstanding warrants.  She poses a risk of financial danger based on criminal

16   history.

17          (4)     There does not appear to be any condition or combination of conditions that will

18   reasonably assure the defendant's appearance at future Court hearings while addressing the

19   danger to other persons or the community.

20   It is therefore ORDERED:

21          (1)     Defendant shall be detained pending trial and committed to the custody of the

22                  Attorney General for confinement in a correction facility separate, to the extent

DETENTION ORDER                                                                      PAGE 2

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this <u>3rd</u> day of January, 2011.


Mary Alice Theiler
United States Magistrate Judge